82917-01

To: Court of Criminal Appeals of Texas
P.O. Box 12308
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 20 2015

Abel Acosta, Clerk

Writ No.# _____

In Re William Little, Applicant
Trial Court Cause No. CR-3067, 75th. District Court
of Liberty County, Texas
Motion for leave to file original Petition for writ
of Mandamus. Rule 72.1. Tex. R. App. Proc.;
Original Petition for Writ of Mandamus. Art. V, $V Tex. Const.

✳ ✳ ✳ ✳ ✳ ✳ ✳ ✳ ✳ ✳

To The Honorable Court of Criminal Appeals Judges:

The applicant William Little proceeding pro se request this court grant leave to file the below petition for original writ of mandamus because the applicant declares under oath that the trial court has failed to enter any orders on his application for writ of habeas corpus, art. 11.07 Tex. code crim. proc. and has failed to transmitt the habeas record to this court by the 35 day deadline under Art. 11.07 Sec. 3(c) and no order designating issues has been issued by the trial court to extend the 35 day time limit.

Wherefore, the applicant request that leave be granted.

✳ ✳ ✳ ✳ ✳ ✳ ✳ ✳ ✳

The applicant request this court grant a writ of mandamus to compel the trial court to comply with the procedures in Art. 11.07 and process his Art. 11.07 application and forward such to this court which is mandatorily required under Art. 11.07 Sec. 3(c).

-1-

On Oct. 13, 2014, applicant mailed to the trial court clerk a proper Art. 11.07 application to challenge his conviction in question. After 35 had passed, the applicant on December 1, 2014 mailed to the trial court clerk a letter requesting that the habeas record be forwarded to this court. See Appendix 1. Copy. The trial court clerk did not respond! So on Jan. 2, 2015, the applicant sent a second letter to the trial court clerk on this matter who again did not respond! See Appendix 2 copy.

The applicant never received any acknowledgement of receipt of the 11.07 application from the trial court clerk. The applicant sent the trial court clerk extra copy of the 11.07 application to be filed stamped and returned to him but the clerk did not so he has no copy of the 11.07 application to present with this mandamus, but he knows that the 11.07 application was mailed out on Oct. 13, 2014 because on the same date he also mailed out a document to the Texas State bar who responded that that document was received on Oct. 16, 2014.

It is very clear that the trial court and clerk are not going to respond to the Oct. 13, 2014 11.07 application or forward such unless this court issues mandamus.

Applicant argues that the 11.07 application was his very first and no direct appeal was pending. The applicant was arguing in his art. 11.07 application that his appointed trial counsel failed to investigate his history of mental illness and raise a insanity defense. Applicant was arrested on Jan. 5, 2014 for assault on family member-repeat sec. 22.01 Tex. Pen. Code and five days later on Jan. 10, 2014 he see's his counsel for the first time for a few minutes outside the courtroom in which said counsel told him that he was a gang member and no jury would find him (applicant) not guilty and to simply plea guilty to a plea bargain of 8 years and moments later applicant was sentenced. The applicant when sentenced was heavily medicated on psychoactive medication.

-2-

Said trial counsel was ineffective for not investigating applicants history of mental illness and not raising a insanity defense.

The trial court had a mandatory duty under art. 11.07 sec. 3 (c) to forward the habeas record to this court after 35 days and failed to do so.

The applicant has received no states reply or any trial court orders or any order designating issues that would suspend the 35 day time limit.

Applicant has no other adequate remedy at law but mandamus. The trial court will not respond to the oct. 13, 2014 11.07 application nor will the clerk respond to the two letters in appendix 1 & 2.

Wherefore, applicant request this court grant mandamus relief and compel the trial court to hear the 11.07 application and issue a order designating issues and forward the 11.07 record to this court.

Respectfully Submitted:

x _William Little_
william little

\* \* \* \* \* \* \* \*

State of Texas
County of Bowie

## Verification oath

I declare under penalty of perjury that the foregoing and above statements are true and correct.
Signed this 18th day of _february_, 2015.

Signed:
x _William Little_
william little

\* \* \* \* \* \* \* \*

## Certificate of Service

This is to certify that a true and correct copy of the above and foregoing document was served to the state and District clerk of Liberty Co., Tx. address of record by U.S. mail postage prepaid, on this the 18th day of _february_, 2015.

Signed:
x _William Little_
WILLIAm Little
TDCJ # 1905725
Telford Unit
3899 State Hwy. 98
New Boston, Tx. 75570

-3-

To: District Clerk
Liberty County, Texas

COPY

December 1, 2014

Re: Cause - Writ No. CR-3067
75th. District Court of Liberty County, Texas
Ex Parte William Little, Applicant

On October 13, 2014, i mailed you a Application for writ of habeas corpus under art. 11.07 Tex. Code Crim. Proc. to challenge the conviction in the above styled numbered cause and 35 days has passed in which i have received no States reply or any trial court findings of fact and conclusions of law or any order designating issues.

Therefore, please forward the habeas record to the Court of Criminal Appeals in Austin since more than 35 days has passed without any action by the trial court as required by Art. 11.07 Sec. 3 (c).

Respectfully Submitted:

x William Little
William Little
TDCJ # 1905725.
Telford Unit
3899 State Hwy. 98
New Boston, Tex. 75570

appendix 1

To: District Clerk
Liberty County, Texas

COPY

January 2, 2015

Re: Cause-Writ No. CR-3067
75th. District Court of Liberty County, Texas
Ex Parte William Little, Applicant


Your office still has not forwarded my Art. 11.07 habeas application record to the Court of criminal Appeals in which more than 35 days has passed with no action by the trial court.


Respectfully Submitted:

x_William Little_____

William Little
TDCJ #_1905225_____
Telford Unit
3899 State Hwy. 98
New Boston, Texas 75570

appendix 2